UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**

MAY - 2 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR S-14-0040-07 WBS |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| **GERARDO BARRAZA,** ) | |
| Defendant. ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release **GERARDO BARRAZA** Case CR S-14-0040-07 WBS from custody for the following reasons:

___ Release on Personal Recognizance

___ Bail Posted in the Sum of _____

___ Unsecured bond

___ Appearance Bond with 10% Deposit

___ Appearance Bond secured by Real Property

___ Corporate Surety Bail Bond

_X_ (Other) **Defendant sentenced to TIME SERVED.**

Issued at Sacramento, CA on May 2, 2016 at 1:00 p.m.

By _____
William B. Shubb,
United States District Judge

Orig & Copy: USM
Copy to Docketing