UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
August 28, 2017
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

GERARDO BARRAZA,

Defendant.

Case No. 2:14-cr-00040-WBS

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release GERARDO BARRAZA Case No. 2:14-cr-00040-WBS Charge 18 USC § 3583 from custody for the following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

_____ Unsecured Appearance Bond $ _____

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

__X__ (Other): Previously imposed Supervised Release conditions and as stated on the record in open court.

Issued at Sacramento, California on August 28, 2017 at 2:00 PM

By: _____
Magistrate Judge Kendall J. Newman