```
JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
GERARDO BARRAZA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-14-040 WBS |
| Plaintiff, | ) |
| v. | ) STIPULATION AND [PROPOSED] ORDER CONTINUING THE DISPOSITION HEARING REGARDING SUPERVISED RELEASE VIOLATION |
| GERARDO BARRAZA, | ) Date: February 5, 2018 |
| | ) Time: 9:00 a.m. |
| Defendant. | ) Judge: Hon. William B. Shubb |

The parties hereby stipulate the following:

1. By previous order, this matter was set for a Disposition Hearing Regarding Supervised Release Violation on January 8, 2018.

2. By this stipulation, the defendant now moves to continue the hearing until February 5, 2018.

3. The parties agree and stipulate, and request the Court find the following:

    a. On January 2, 2018 the defendant surrendered himself on an outstanding warrant out of Stanislaus County for conduct prior

1

to his federal offense. This is part of Mr. Barraza's ongoing attempt to clean up his outstanding legal obligations. It is the belief of the parties, including U.S. Probation, the defendant might qualify for alternative sentencing. As such, the parties are requesting the continuance to give the defendant time to apply for alternative sentencing.

  b. The Government and U.S. Probation do not object to the continuance.

IT IS SO STIPULATED.

Dated: January 5, 2018                                           /S/ John R. Manning
                                                                       JOHN R. MANNING
                                                                       Attorney for Defendant
                                                                       Gerardo Barraza

Dated: January 5, 2018                                           Phillip A. Talbert
                                                                       United States Attorney

                                                            by:  /S/ Justin Lee
                                                                       JUSTIN LEE
                                                                       Assistant U.S. Attorney

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: January 5, 2018      */s/ William B. Shubb*
                                        WILLIAM B. SHUBB
                                        UNITED STATES DISTRICT JUDGE