McGREGOR W. SCOTT
United States Attorney
MICHAEL W. REDDING
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-00040-07 WBS |
| Plaintiff, | STIPULATION REGARDING CONTINUANCE OF DISPOSITION HEARING |
| v. | DATE: July 1, 2019 |
| GERARDO BARRAZA, | TIME: 9:00 a.m. |
| Defendant. | COURT: Hon. William B. Shubb |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for Disposition hearing on July 1, 2019 after the offender admitted violating the Terms of Supervised Release.

2. By this stipulation, defendant now moves to continue the Disposition Hearing until August 26, 2019 at 9:00 a.m.

3. The parties agree and stipulate, and request that the Court find the following:

   a) Counsel for defendant desires additional time to find a treatment facility for the offender.

   b) The government does not object to the continuance.

   c) There are no Speedy Trial Act Requirements as this is a violation of the Terms of

Supervised Release

IT IS SO STIPULATED.

Dated:  June 28, 2019  McGREGOR W. SCOTT
United States Attorney

/s/ MICHAEL W. REDDING
MICHAEL W. REDDING
Assistant United States Attorney

Dated:  June 28, 2019  /s/ Jessica Graves
Jessica Graves
Counsel for Defendant
GERARDO BARRAZA

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  June 28, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE